IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRITTANY HELFRICK** and **JAMES ANTHONY ARCQ**, **SR.**, Individually and as Parents and Natural Guardians of **JAMES ANTHONY ARCQ, JR.**, a Minor, | : CIVIL ACTION NO. 1:07-CV-0903 <br> : <br> : (Judge Conner) <br> : <br> : |
| Plaintiffs | : <br> : |
| v. | : <br> : |
| **YVETTE BROWN, M.D., et al.**, | : <br> : |
| Defendants | : |

## ORDER

AND NOW, this 6th day of August, 2007, upon consideration of the motion to dismiss (Doc. 8), and of plaintiffs' response thereto (Doc. 16), indicating that plaintiffs are amenable to a dismissal of the complaint without prejudice, and it appearing that defendants have not served an answer or a motion for summary judgment, see FED. R. CIV. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff . . . by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ."), it is hereby ORDERED that:

1. The motion to dismiss (Doc. 8) is GRANTED.
2. The complaint (Doc. 1) is DISMISSED without prejudice.
3. The Clerk of Court is directed to CLOSE this case.

                                               S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge